# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

C.A.R.V.,

        Petitioner,

    v.

MINGA WOFFORD, et al.,

        Respondents.

Case No.  1:25-cv-01395-JLT-SKO-HC

ORDER DIRECTING CLERK OF COURT TO TERMINATE DEADLINES, ENTER JUDGMENT PURSUANT TO RULE 41(a)(1)(A)(ii) AND CLOSE CASE

[Docs. 25, 27]

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 4, 2026, the parties filed a joint stipulation to dismiss the case without prejudice pursuant to Fed. Rules Civ. Proc. § 41(a)(1)(A)(ii), which provides that "the [petitioner] may dismiss an action without a court order by filing: a stipulation of dismissal signed by all parties who have appeared."

Accordingly, the Clerk of Court is DIRECTED to terminate the deadline set for filing objections to the Findings and Recommendations, enter judgment of dismissal without prejudice, and close the case.

IT IS SO ORDERED.

Dated:  **March 8, 2026**                    /s/ *Sheila K. Oberto*

1

UNITED STATES MAGISTRATE JUDGE